E-FILED 8/18/16

JS-6

1 JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@clydeco.us
2 CONTE C. CICALA, State Bar No. 173554
conte.cicala@clydeco.us
3 CLYDE & CO US LLP
4675 MacArthur Court, Suite 500
4 Newport Beach, California 92660
Telephone: (949) 346-5700
5 Facsimile: (949) 346-5719

**NOTE CHANGES MADE BY THE COURT**

6 Attorneys for BUFFALO DE FRANCE CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BUFFALO DE FRANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> ARRIVAL AIR & SEA TRANSPORT INC.; ARRIVAL CUSTOMS BROKERS LTD.; PACER DISTRIBUTION SERVICES, INC.; PACER INTERNATIONAL, INC.; PACER TRANSPORTATION SOLUTIONS, INC.; PDS TRUCKING INC.; XPO LOGISTICS SUPPLY CHAIN CORPORATE SERVICES, INC.; XPO LOGISTICS SUPPLY CHAIN OF NEW JERSEY, INC.; and DOES 1 to 10 inclusive, <br><br> Defendants. | Case No. 2:15-cv-4876 <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**; ORDER <br><br> The Honorable Philip S. Gutierrez <br><br><br><br> Action Filed: June 26, 2015 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

This stipulation is entered into by and among Plaintiffs BUFFALO DE FRANCE CORP., and Defendants, ARRIVAL AIR & SEA TRANSPORT INC., XPO DISTRIBUTION SERVICES, INC. f/k/a PACER DISTRIBUTION SERVICES, INC., and PDS TRUCKING INC. and Cross Defendants,

UNIVERSAL PROTECTION SERVICE, LP (collectively "the Parties"), by and through their respective attorneys of record.

WHEREAS, the parties in the above entitled matter have entered into a settlement agreement which resolves the differences with respect to all matters in dispute before this Court, the parties hereby agree that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in this case, including all claims against entities previously dismissed without prejudice, shall be DISMISSED WITH PREJUDICE and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, comprised and adjourned.

**IT IS SO STIPULATED**.

Dated:  August 15, 2016        **CLYDE & CO US LLP**

By:      /s/ Joseph A. Walsh II
Joseph A. Walsh II
Conte C. Cicala
Attorneys for Plaintiff,
BUFFALO DE FRANCE CORP.

Dated:  August 15, 2016        **COX, WOOTEN, LERNER, GRIFFIN & HANSEN LLP**

By:      /s/ Alena A. Eckhardt
Alena A. Eckhardt
Attorneys for Defendants,
ARRIVAL AIR & SEA TRANSPORT, INC.

/ / /

/ / /

/ / /

Dated: August 15, 2016  **ROBERTS & KEHAGIARAS LLP**

By: /s/ Andrew D. Kehagiaras
Andrew D. Kehagiaras
Attorneys for Defendants,
XPO DISTRIBUTION SERVICES, INC.
f/k/a PACER DISTRIBUTION
SERVICES, INC. and PDS TRUCKING,
INC.

Dated: August 15, 2016  **BRADLEY & GMELICH**

By: /s/ Barry A. Bradley
Barry A. Bradley
Robert A. Crook
Attorneys for Cross-Defendants:
UNIVERSAL PROTECTION SERVICE,
LP

**IT IS SO ORDERED.**

DATED: 8/18/16

[signature]

**U.S. DISTRICT JUDGE**